VICTORIA L. FRANCIS
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 247-4633
Fax: (406) 657-6989
E-mail: victoria.francis@usdoj.gov

ATTORNEY FOR PLAINTIFF
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| UNITED STATES, Plaintiff, vs. $25,213.41 in U.S. CURRENCY, Defendant. | CV 12-49-GF-SEH <br><br> **UNITED STATES' APPLICATION FOR WARRANT OF ARREST *IN REM* AS TO DEFENDANT CURRENCY** |
|---|---|

United States of America, through its counsel, respectfully

requests that the Clerk of this Court issue the Warrant of Arrest *in*

*Rem* pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. In support of its application, the United States states as follows:

    1. On June 28, 2012, the United States filed a Verified Complaint for Forfeiture *in Rem* in the above-referenced case. The complaint seeks the forfeiture of the defendant currency in the amount of $25,213.41.

    2. Immigration and Customs Enforcement (ICE) initially obtained possession of the defendant currency pursuant to a Seizure Warrant issued by U.S. Magistrate Judge Keith R. Strong on March 16, 2012. The defendant currency in the amount of $25,213.41 was transferred to, and is now in the possession, custody and control of ICE/U.S. Customs and Border Protection. ICE obtained possession, custody and control of the defendant funds via Boeing Employee Credit Union Cashier's Check No. 42560209 in the amount of $25,213.41.

    3. Supplemental Rule G(3)(b)(i) provides that if property is subject to forfeiture in a civil forfeiture case, and the property is in the Government's possession, custody or control, the clerk "must issue a warrant to arrest the property."

WHEREFORE, the United States respectfully requests that the Clerk of the Court issue the Warrant of Arrest *in Rem* as to the defendant funds in the amount of $25,213.41.  The Warrant of Arrest *in Rem* was filed with this Court on June 28, 2012, under Document No. 1-1.

**DATED** this 29th day of June, 2012.

        **MICHAEL W. COTTER**
        **United States Attorney**


        **/s/ Victoria L. Francis**
        **Assistant U.S. Attorney**
        **Attorney for Plaintiff**